■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN CHAD SMITH, Appellant. [879 NYS2d 771]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 8, 2007. The judgment convicted defendant, upon his plea of guilty, of unauthorized use of a vehicle in the second degree and aggravated unlicensed operation of a motor vehicle in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD C. ALEXANDER, Appellant. [879 NYS2d 772]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered September 10, 2007. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated (two counts) and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IBN J. WOOD, Appellant. [879 NYS2d 773]—Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered June 10, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAND A. THOMAS, Also Known as RAND THOMAS, Appellant. [879 NYS2d 773]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 11, 2008. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.